Supreme Court—Kieran v. Eaton.

JOHN B. KIERAN, PLAINTIFF-RESPONDENT, v. GERALD EATON AND ANNIE EATON, DEFENDANTS-APPELLANTS.

Decided April 7, 1924.

**Appeals—Judgment Reversed and New Trial Ordered—Subsequent Motion to Enter Final Judgment for Appellants Denied.**

Before Justices KALISCH and KATZENBACH.

For the motion, *Joseph M. Degnan.*

*Contra, Milton M. Unger.*

PER CURIAM.

On March 3d, 1924, the judgment entered in the First District Court of the city of Newark, in the above case, was reversed and a *venire de novo* awarded. The appellants, the defendants below, moved for an order remitting the record in the above-stated case and entering the judgment finally in favor of the appellants. We have re-examined the case and are of the opinion that this motion should be denied.